# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE L. GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CONTEMPORARY INFORMATION CORP.,<br><br>　　　　Defendant, | Case No. 2:24-cv-04226-CBM (KS)<br><br>Hon.　Consuelo B. Marshall<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br>**[FRCP 41(a)(1)] [68]** |
| CONTEMPORARY INFORMATION CORP.<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>REALTY CAPITAL ADVISORS, LLC,<br><br>　　　　Third-Party Defendant. | Complaint filed: 4/18/24<br>Removal Filed: 5/21/24<br>Third-Party Complaint Filed: 8/7/24 |

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 20, 2025



HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE